IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE DE LOS REYES,                    Case No. 1:12-cv-02048-AC

        Plaintiff,                    ORDER

    v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION

        Defendant.

MARSH, Judge

    Magistrate Judge John V. Acosta issued a Findings and Recommendation on December 5, 2013, recommending that the decision of the Commissioner of Social Security Administration be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). No objections have been timely filed.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. See Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114,

1 - ORDER

1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, I find no error.

Accordingly, Magistrate Judge Acosta's Finding and Recommendation #14 is ADOPTED in its entirety. IT IS ORDERED that the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

DATED this _7_ day of JANUARY, 2014.

Malcolm F. Marsh
United States District Judge

2 - ORDER